**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: S&N CONVENIENCE § Case No. 13-80883-TML
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $8,357.00          Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $6,618.41          Claims Discharged
                                                   Without Payment: $33,525.36

Total Expenses of Administration: $15,316.59

---

3) Total gross receipts of $ 21,935.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $21,935.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $97,937.25 | $97,937.25 | $6,618.41 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 15,316.59 | 13,691.04 | 13,691.04 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 30,094.66 | 30,094.66 | 1,625.55 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 98,000.00 | 1,300.55 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 33,525.36 | 24,925.36 | 24,925.36 | 0.00 |
| **TOTAL DISBURSEMENTS** | $131,525.36 | $169,574.41 | $166,648.31 | $21,935.00 |

4) This case was originally filed under Chapter 7 on March 17, 2013. The case was pending for 26 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/11/2015        By: /s/STEPHEN G. BALSLEY
                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Store Inventory – cost basis | 1129-000 | 21,935.00 |
| **TOTAL GROSS RECEIPTS** | | **$21,935.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Illinois Department of Revenue | 4800-000 | N/A | 97,937.25 | 97,937.25 | 6,618.41 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$97,937.25** | **$97,937.25** | **$6,618.41** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 2,943.50 | 2,943.50 | 2,943.50 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 3,305.00 | 1,679.45 | 1,679.45 |
| McGladrey LLP | 3310-000 | N/A | 3,175.00 | 3,175.00 | 3,175.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Action Auctioneering | 3610-000 | N/A | 4,387.00 | 4,387.00 | 4,387.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Action Auctioneering | 3620-000 | N/A | 1,152.00 | 1,152.00 | 1,152.00 |
| Rabobank, N.A. | 2600-000 | N/A | 31.52 | 31.52 | 31.52 |
| Rabobank, N.A. | 2600-000 | N/A | 21.95 | 21.95 | 21.95 |
| Rabobank, N.A. | 2600-000 | N/A | 22.70 | 22.70 | 22.70 |
| Rabobank, N.A. | 2600-000 | N/A | 25.02 | 25.02 | 25.02 |
| Rabobank, N.A. | 2600-000 | N/A | 23.42 | 23.42 | 23.42 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 29.82 | 29.82 | 29.82 |
| Rabobank, N.A. | 2600-000 | N/A | 22.58 | 22.58 | 22.58 |
| Rabobank, N.A. | 2600-000 | N/A | 25.64 | 25.64 | 25.64 |
| Rabobank, N.A. | 2600-000 | N/A | 22.50 | 22.50 | 22.50 |
| Rabobank, N.A. | 2600-000 | N/A | 24.79 | 24.79 | 24.79 |
| Rabobank, N.A. | 2600-000 | N/A | 23.98 | 23.98 | 23.98 |
| Rabobank, N.A. | 2600-000 | N/A | 20.85 | 20.85 | 20.85 |
| Rabobank, N.A. | 2600-000 | N/A | 26.22 | 26.22 | 26.22 |
| Rabobank, N.A. | 2600-000 | N/A | 23.10 | 23.10 | 23.10 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $15,316.59 | $13,691.04 | $13,691.04 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Office of the United States Trustee | 6990-000 | N/A | 1,625.55 | 1,625.55 | 1,625.55 |
| Illinois Department of Revenue (ADMINISTRATIVE) | 6820-000 | N/A | 28,469.11 | 28,469.11 | 0.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $30,094.66 | $30,094.66 | $1,625.55 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Office of the United States Trustee | 5800-000 | N/A | 1,300.55 | 0.00 | 0.00 |
| NOTFILED | Illinois Depart of Rev | 5800-000 | 98,000.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $98,000.00 | $1,300.55 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Farner Bockton | 7100-000 | 24,925.36 | 24,925.36 | 24,925.36 | 0.00 |
| NOTFILED | Sam's Club | 7100-000 | 8,600.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $33,525.36 | $24,925.36 | $24,925.36 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 13-80883-TML  
**Case Name:** S&N CONVENIENCE  

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 07/17/13 (c)  
**§341(a) Meeting Date:** 08/15/13  

**Period Ending:** 10/11/15  
**Claims Bar Date:** 12/30/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash | 1,800.00 | 1,800.00 | | 0.00 | FA |
| 2 | Checking Account: US Bank | 1,557.00 | 1,557.00 | | 0.00 | FA |
| 3 | Security Deposit on Commercial Property Lease | 2,500.00 | 2,500.00 | | 0.00 | FA |
| 4 | Counter, Register, Misc. Supplies | 2,500.00 | 2,500.00 | | 0.00 | FA |
| 5 | Store Inventory - cost basis<br>   See Order Approving Report of Sale entered 1/22/2014. | 68,000.00 | 68,000.00 | | 21,935.00 | FA |
| 5 | **Assets   Totals** (Excluding unknown values) | **$76,357.00** | **$76,357.00** | | **$21,935.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**  June 30, 2014     **Current Projected Date Of Final Report (TFR):**  February 6, 2015  (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 13-80883-TML | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | S&N CONVENIENCE | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******0766 - Checking Account |
| Taxpayer ID #: | **-***7387 | | Blanket Bond: | $8,842,000.00 (per case limit) |
| Period Ending: | 10/11/15 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/24/13 | {5} | Action Auctioneering | Proceeds from sale of equipment and inventory | 1129-000 | 21,935.00 | | 21,935.00 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 21,925.00 |
| 01/22/14 | 101 | Action Auctioneering | Net proceeds to Auctioneer pursuant to Court Order entered January 22, 2014 Voided on 01/23/14 | 3610-000 | | 5,536.00 | 16,389.00 |
| 01/23/14 | 101 | Action Auctioneering | Net proceeds to Auctioneer pursuant to Court Order entered January 22, 2014 Voided: check issued on 01/22/14 | 3610-000 | | -5,536.00 | 21,925.00 |
| 01/23/14 | 102 | Action Auctioneering | Commission and Reimbursement of Expenses from Auction | | | 5,539.00 | 16,386.00 |
| | | | Commission to Auctioneer (20%)    4,387.00 | 3610-000 | | | 16,386.00 |
| | | | Auctioneer's Expenses    1,152.00 | 3620-000 | | | 16,386.00 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.52 | 16,354.48 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.95 | 16,332.53 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.70 | 16,309.83 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.02 | 16,284.81 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.42 | 16,261.39 |
| 06/06/14 | 103 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/06/2014 FOR CASE #13-80883 | 2300-000 | | 29.82 | 16,231.57 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.58 | 16,208.99 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.64 | 16,183.35 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.50 | 16,160.85 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.79 | 16,136.06 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.98 | 16,112.08 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.85 | 16,091.23 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.22 | 16,065.01 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.10 | 16,041.91 |
| 07/23/15 | 104 | McGladrey LLP | Dividend paid 100.00% on $3,175.00, Accountant for Trustee Fees (Trustee Firm); Reference: | 3310-000 | | 3,175.00 | 12,866.91 |
| 07/23/15 | 105 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $1,679.45, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,679.45 | 11,187.46 |
| 07/23/15 | 106 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $2,943.50, Trustee Compensation; Reference: | 2100-000 | | 2,943.50 | 8,243.96 |
| 07/23/15 | 107 | Office of the United States Trustee | Dividend paid 100.00% on $1,625.55, Other Prior Chapter Administrative Expenses; | 6990-000 | | 1,625.55 | 6,618.41 |

Subtotals :    $21,935.00    $15,316.59

{} Asset reference(s)

Printed: 10/11/2015 07:52 PM    V.13.25

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 13-80883-TML  
**Case Name:** S&N CONVENIENCE  

**Taxpayer ID #:** **-***7387  
**Period Ending:** 10/11/15  

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0766 - Checking Account  
**Blanket Bond:** $8,842,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Reference: | | | | |
| 07/23/15 | 108 | Illinois Department of Revenue | Dividend paid 6.75% on $97,937.25; Claim# 1; Filed: $97,937.25; Reference: | 4800-000 | | 6,618.41 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 21,935.00 | 21,935.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 21,935.00 | 21,935.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$21,935.00** | **$21,935.00** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******0766** | 21,935.00 | 21,935.00 | 0.00 |
| | **$21,935.00** | **$21,935.00** | **$0.00** |